IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHEN R. HARRIS, # 172793, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>LEON FORNISS, *et al.*, )<br>)<br>Respondents. ) | Civil Action No. 2:13cv669-TMH<br>(WO) |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

This cause is before the court on a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 filed by state inmate Stephen R. Harris ("Harris"). (Doc. No. 1.) In his petition, Harris challenges his murder conviction and resulting sentence imposed in March 1993 by the Circuit Court of Calhoun County, Alabama.

This court, "in the exercise of its discretion and in furtherance of justice," may transfer a petitioner's application for a writ of habeas corpus to "the district court for the district within which the State court was held which convicted and sentenced [the petitioner]." *See* 28 U.S.C. § 2241(d). Harris challenges a conviction and sentence entered against him by the Circuit Court of Calhoun County, Alabama. Calhoun County is located within the jurisdiction of the United States District Court for the Northern District of Alabama. Consequently, this court concludes that the transfer of this case to such other court for hearing and determination is appropriate.

## CONCLUSION

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).

It is further

ORDERED that the parties are DIRECTED to file any objections to the Recommendation on or before October 7, 2013. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which a party objects. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (en banc), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

DONE, this 24th day of September, 2013.

                                              /s/ Susan Russ Walker
                                              SUSAN RUSS WALKER
                                              CHIEF UNITED STATES MAGISTRATE JUDGE